JS-6

Kathyleen A. O'Brien
Email: kobrien@reedsmith.com
Michael A. Garabed (SBN 223511)
Email: mgarabed@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Plaintiff
SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS GROUP, INC. dba Way Co. AKA Liuce's Jeans, a California corporation,<br><br>Defendant. | Case No. 12-CV-06673 MMM (JEMx)<br><br>**STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION**<br><br>[No hearing required]<br><br>Compl. Filed:   August 2, 2012<br><br>Honorable Margaret M. Morrow |

The Court, having considered all papers and pleadings on file in this action, including the Parties' Stipulation Re Settlement of Action and For Entry of Final Judgment of Permanent Injunction and [Proposed] Order Thereon, and having determined that the parties having stipulated to the entry of final judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Louis Group, Inc. dba Way Co. and all of its agents, employees, officers, attorneys, representatives and all other persons acting in concert or participation with it or at its direction, and each of them (hereinafter, individually and collectively, "Louis Group") and Bingqing Liu, acting individually, are permanently enjoined from ever doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever, from the following acts:

   (a) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, sale to the public or the trade, purchase for sale to the public or trade, commercial distribution, storage, shipment, marketing, advertising or promotion of any Sweet People product, including, but not limited to, any Miss Me Branded Products, (hereinafter "Sweet People Products") unless Louis Group is first authorized to do so in writing by an officer, director or managing agent of Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People"), or its legal counsel.

   (b) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any non-genuine reproduction, counterfeit, copy or colorable imitation of any Sweet People Products.

(c) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which (1) infringes any of the Sweet People Designs identified in **Exhibit 1** hereto (individually and collectively, any "Sweet People Copyright") or (2) is a variant, copy and/or simulation of any Sweet People Designs and/or any designs that are substantially similar thereto.

(d) The infringement or unauthorized use, in any manner whatsoever, of any Sweet People Copyright, any variants, copies and/or simulations thereof and/or any designs that are substantially similar thereto including specifically as follows:

    (i) on or in conjunction with any product the sale of which has not been authorized by Sweet People; and

    (ii) in, on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials that have not been authorized by Sweet People.

(e) The unauthorized use of any Sweet People Trademark, or any variant, colorable imitations, translations and/or simulations thereof and/or any trademarks, trade dress and/or trade name that are likely to be confusingly similar thereto, including specifically, as follows:

    (i) on or in conjunction with any product; and

    (ii) in, on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(f) Using, at any time, any internet domain name that includes SWEET PEOPLE, MISS ME, or any variant thereof, in words or numerals.

2. If Louis Group, or any of its agents, employees, officers, representatives

– 3 –

STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION

or other persons acting in concert or participation with them, or at Louis Group's direction, including Bingqing Liu, or Bingqing Liu acting individually, materially breach any of the terms of this Stipulated Final Judgment for Entry of Permanent Injunction (the "Stipulated Permanent Injunction"), Sweet People shall have the right to recover sanctions against Louis Group and/or against Bingqing Liu, individually, including, but not limited to, sanctions for contempt of court.

3. Sweet People shall recover its reasonable attorneys' fees and costs incurred in seeking enforcement of this Stipulated Final Judgment from any person or entity found to have violated it.

4. This is a Final Judgment and is enforceable upon entry. The Parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

5. Service on counsel for Louis Group or any then current member, manager or officer of Louis Group of a copy of this Judgment shall constitute notice

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  to Louis Group.  Service on counsel for Bingqing Liu shall constitute notice to
2  Bingqing Liu.

4  Dated:  _November 8, 2013

*[signature: Margaret M. Morrow]*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE